E-FILED
Thursday, 10 October, 2019 03:55:50 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Joshua Lee Matthews,           )
                               )
                    Plaintiff  )
                               )
            vs.                )       Case No. _____
                               )       *(The case number will be assigned by the clerk)*
Illinois Department of Corrections (I.D.O.C.)  )
John Baldwin, Micheal Melvin, Sara Johnson,  )
Susan Prentice, L.T. Thorsome,  )
L.T. Sorenson, Jade Culkin, P.A. Ojelade,  )
Dr. Tilden, "Nurse" Tracy, Dr. Renzi  )
                               )
_____  )
                               )
_____,  )
                               )
                   Defendant(s) )

SCANNED AT MENARD and E-mailed
10-10-19 by PS   15 pages
  date      initials  No.

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☒ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

## I. FEDERAL JURISDICTION

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

   Full Name: Mr. Joshua Lee Matthews

   Prison Identification Number: R-25076

   Current address: (Mailing) P.O. Box 1000, Menard IL 62259

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

   Defendant #1:

   Full Name: (A) The Illinois Department of Corrections, (B) John Baldwin, (C) Sara Johnson

   Current Job Title: (A) Department of Corrections, (B) Director, (C) Administrative Review Board Officer

   Current Work Address (All): 1301 Concordia Court, Springfield IL 62706

   Defendant #2:

   Full Name: (D) Michael Melvin, (E) Susan Prentice, (F) L.T. Thorsome, (G) L.T. Sorenson

   Current Job Title: (D) Warden, (E) Major, (F) Lieutenant, (G) Lieutenant

   Current Work Address (All): 700 W. Lincoln, Pontiac IL 61764

   Defendant #3:

   Full Name: (H) Jade Culkin, (I) Ojelade, (J) Tilden, (K) Tracy, (L) Renzi

   Current Job Title: (H) Nurse, (I) Physician Assistant, (J) Medical Director, (K) Nurse, (L) Director of Pontiac Mental Health

2

Current Work Address 700 W. Lincoln Pontiac IL 61764

_____

Defendant #4:

   Full Name: _____

   Current Job Title: _____

   Current Work Address _____

   _____

Defendant #5:

   Full Name: _____

   Current Job Title: _____

   Current Work Address _____

   _____

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal <u>in forma pauperis</u> in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?   Yes ☐    No ☒

If yes, please describe (To clarify) I've filed a claim 18-cv-1076 on separate conditions/claims arising from my time in Pontiac. But the claims rose in this claim are different, but still occurring at Pontiac (Factually)

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☒       No ☐

C. If your answer to B is yes, how many? __4__   Describe the lawsuit(s) below.

3

11-3526

1. Name of Case, Court and Docket Number ① Matthews V. Keltner 11-2766, ② Matthews V. Godinez
③ Matthews V. I.D.O.C. 16-11214 ④ 18-1076

2. Basic claim made ① Slander ② Living Conditions, ③ Living Conditions, ④ Living Conditions/Excessive Force

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) ① Dismissed, ② Dismissed, ③ Pending, ④ Dismissed/ pending on appeal

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☒ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

Yes ☒ No ☐

If your answer is no, explain why not N/A

C. Is the grievance process completed? Yes ☒ No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence Pontiac Prison

4

Date(s) of the occurrence ___2017 to 2018___

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

COUNT I: The Plaintiff was subjected to a sadistic and malicious use of excessive force.

In June of 2017 defendant Dr. Renzi ordered the plaintiff be placed in "4-point" restraints without justification. The Plaintiff was kept in restraints for three days without justification. Dr. Renzi ordered the plaintiff placed in restraints to subject him to a sadistic and malicious use of force.

COUNT II: The Plaintiff was denied medical treatment to a serious medical need. By defendants Dr. Tilden and Jade Culkins refusal to give him his prescribed medications. And in doing so subjected the plaintiff to cruel and unusual treatment. And were deliberately indifferent to a serious medical need.

In June of 2017 the Plaintiff was transferred to Pontiac Plantation. He was immediately placed in "4-point" restraints. Subsequentl At the time the plaintiff had serious injuries, including gaping lacerations in his chest and testicles, along with metal in his body.

The plaintiff notified defendant Nurse Jade Culkin that he was suffering from great pain. Due to his preexisting cronic back pain, that was being exasperated by how he was being held in restraints (strapped down w/ all weight bearing on his spine/back) Defendant Jade Culkin stated to the plaintiff "Fuck you, your not getting shit while I'm here, and your not going to get anything if I have anything to say about it. I'm going to take all your meds home with me. How do you feel about that?!" And she denied the plaintiff his prescribed medications.

The plaintiff next informed defendant Tilden while still in restraints, that he was suffering from great pain and needed his prescribed pain medications. Dr. Tilden stated to the plaintiff "You wont be getting those" And he denied the plaintiff his prescribed medications.

Both leaving the Plaintiff to suffer in pain from serious wounds he had sustained, a pre-existing condition, all exasperated by being held in restraints

5

<u>Count III</u>: The Plaintiff was denied medical treatment for a serious medical need. By defendants Jade Culkin and Ojelade refusing to provide treatment for a skin ailment. And were deliberately indifferent to said medical need.

In 2017 the Plaintiff contracted some type of skin ailment that caused the skin of his scalp, face, hands, penis, and feet to become coarse, and begin cracking, peeling, and bleeding. The Plaintiff put in for "sick call". Jade Culkin subsequently appeared at N-142, the cage the plaintiff was being held in, stating she was not going to have the plaintiff brought out for an examination.

The Plaintiff requested treatment for stated skin ailment. Defendant Culkin stated to the plaintiff "We don't treat skin here" And refused to provide the plaintiff with any treatment.

Subsequently, the plaintiff attended an examination conducted by defendant Ojelade. At that examination the plaintiff requested treatment from defendant Ojelade. Defendant Ojelade stated to the plaintiff "Only Diabetics get treatment for skin conditions. Cost must be cut." And refused to provide the plaintiff medical treatment.

<u>Count IV</u>: The Plaintiff was denied medical treatment & Dr. Tilden for a serious medical need. By defendants Jade Culkin, Ojelade, and Nurse Tracey refusal to provide medical treatment for an injury sustain to the plaintiffs right wrist/hand. And were deliberately indifferent to said medical need.

The Plaintiff sustained an injury/tear to his right wrist/hand. He attended several "sick call" examinations conducted by defendants Culkin, Nurse Tracy, Ojelade, or Dr. Tilden notifying them and requesting medical treatment. All of them initially refused to do anything. Refusing to provide any treatment whatsoever.

(This occurred in 2017)

Eventually Dr. Tilden ordered an X-Ray as a formality. Even though I informed him "something tore" and that nothing was broken. The X-Ray came back negative for fractures. And Dr. Tilden claimed he couldn't give me any treatment because nothing was broken. And refused to provide the plaintiff with medical treatment.

<u>Count V</u>: The Plaintiff was subjected to cruel & unusual punishment. By the defendants housing him in filthy unsanitary dangerous living conditions. And their deliberate indifference to said conditions.

Approximately 11/2/17 the plaintiff was assigned to N-114 in pontiac prisons North House. N-114 had feces & blood smeared on the walls and ceiling. The vents were clogged & the door area was filthy. There was blood, semen, & feces

6

smeared in the chuckhole. Which I was forced to take all my food through. There were spiders & other insect proliferating the cage. N-224 was flooded with sewage approximately 2/3/18 & the plaintiff was held under those conditions.

Subsequently, I was relocated to N-307 approximately 2/6/18. N-307 was also filthy in uniformity with all the cages the plaintiff was held in. Feces, blood & dirt was smeared on/in the ceiling, cage front & chuckhole. The toilet & sink had layers of dirt & sediment covering the surface areas. There was black mold spores growing on the toilet & wall. Mice frequented N-307. & N-307 was infested with insects. On 2/22/18 the entire "3 gallery" was flooded with sewage. The plaintiff was held under those conditions.

The plaintiff personally notified defendants Susan Prentice, L.T. Thorsome L.T. Sorenson, & SGT. Drysdale personally of these living conditions. Which they had no choice but to observe for themselves. The plaintiff requested cleaning/sanitation supplies, or that cleaning activities be conducted or that he be relocated to a sanitized cage.

However deliberately indifferent these defendants refused to take action to correct these stated conditions. Leaving the plaintiff confined to them.

Through the grievance process & personal letters the Plaintiff notified defendants I.D.O.C., John Baldwin, & Michael Melvin, & Sara Johnson. of the above stated living conditions.

However deliberately indifferent these defendants refused to take action to correct these stated inhumane, cruel, & unusual living conditions.

## RELIEF REQUESTED

(State what relief you want from the court.)

(1) Permanent Injunction ordering I.D.O.C. to issue aquate cleaning/sanitatory supplies to the prisoner population.

7

② Medical treatment for my injured right wrist/hand
③ Monetary personal & punitive damages

JURY DEMAND    Yes ☐    No ☐  ? need consultation

Signed this __1st__ day of __October__, 20__19__.

_Mr. Joshua Lee Matthews_
( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Mr. Joshua Lee Matthews | R-15976  15976 |
| Address: Mailing  P.O. Box 1000  Menard, IL 62259 | Telephone Number:  ? |