Us District Court Central District of Illinois

SCANNED AT MENARD and E-mailed
10-30-20 by PS  1 pages

Case # 1:19-cv-01327, Matthews v. Culkin et al

Motion for original Complaint.

Recently my property was destroyed by racist. I no longer have a copy of the original complaint I filed

I motion the Court to forward me a copy of the complaint of this case please.

Brought By

[signature]
Plaintiff

R-15976
Menard Plantation